■ SAMUEL HOROWITZ et al., Copartners Doing Business as HOROWITZ & RUBIN, Respondents, v. ALLEY POND PARK APARTMENTS NO. 1, INC., et al., Appellants, et al., Defendants.— In an action to recover damages for fraud and the reasonable value of work, labor and materials, the appeal is from an order denying appellants' motion to examine respondents' former employee, as a witness, before trial. Order reversed, without costs, and motion granted; examination to proceed on five days' notice. The witness sought to be examined participated in the negotiations leading up to the making of the contracts and " figured the job " for respondents. Whether they were misled in their figuring is a substantial issue. Further, there are affidavits by the witness and one of appellants' attorneys from which hostility of the witness clearly appears. These are sufficient special circumstances to warrant the allowance of the examination of the witness before trial (Civ. Prac. Act, § 288). Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ. concur.

■ In the Matter of ANN GOLDNER, Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— In a proceeding to review a determination of the State Rent Administrator denying an application to decontrol two apartments in a rehabilitated dwelling which had been vacated and abandoned for a period of about 12 years prior to 1954, the appeal is from an order dismissing the proceeding. Order unanimously affirmed, without costs. (*Matter of Dajohn Realty Corp.* v. *McGoldrick,* 1 A D 2d 835; *Matter of Fiesta Realty Corp.* v. *McGoldrick,* 284 App. Div. 551.) Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.